1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SARA BATTERHAM,

11            Plaintiff,                    No. 2:11-cv-1118-GEB-EFB PS

12        vs.

13   MONO COUNTY LAW
     ENFORCEMENT, et al.,
14                                          ORDER
              Defendants.
15   _____/

16        On June 19, 2012, the assigned magistrate judge issued findings and recommendations,

17   recommending that two motions to dismiss, including a motion filed by the Town of Mammoth

18   Lakes, be granted; that plaintiff's second amended complaint be dismissed without leave to

19   amend; and that the Clerk be directed to close this case.  Dckt. No. 33.  On July 6, 2012, while

20   those findings and recommendations were pending before the undersigned, attorney Scott

21   Grossberg filed a declaration indicating that the Town of Mammoth Lakes filed a Voluntary

22   Petition for Bankruptcy under Chapter 9 on July 3, 2012.  Dckt. No. 35.  Therefore, on July 25,

23   2012, the magistrate judge issued an order staying the action as to the Town of Mammoth Lakes

24   pending resolution of the bankruptcy petition.  Dckt. No. 37 at 2.  The order instructed the parties

25   to notify the court within fourteen days of the resolution of the bankruptcy proceedings, and

26   stated that upon termination of the bankruptcy proceeding or an order granting relief from the

                                            1

1    automatic stay, the court would resume consideration of the pending findings and

2    recommendations as they relate to the Town of Mammoth Lakes.  *Id.* at 3.

3         On September 10, 2012, the undersigned adopted the June 19, 2012 findings and

4    recommendations in full, except as they apply to the Town of Mammoth Lakes, and dismissed

5    plaintiff's second amended complaint as to all defendants but the Town of Mammoth Lakes

6    without leave to amend.  Dckt. No. 38 at 2-3.  The order also reiterated that "[o]nce the

7    bankruptcy stay has been lifted, the court will consider the findings and recommendations, as

8    they apply to the Town of Mammoth Lakes."  *Id.* at 2.

9         On November 28, 2012, Mr. Grossberg filed a declaration indicating that on November

10   16, 2012, the Town of Mammoth Lakes' Chapter 9 bankruptcy case was dismissed by the

11   bankruptcy court.  Dckt. No. 39, Grossberg Decl., ¶ 4.  Attached to the declaration is a copy of

12   the Notice of Dismissal filed with the bankruptcy court.  *Id.*, Ex. A.

13        In light of the dismissal of the Town of Mammoth Lakes' bankruptcy action, the court

14   finds that the bankruptcy stay should be lifted.  As a result, the undersigned has once again

15   reviewed the June 19, 2012 findings and recommendations, as well as plaintiff's July 2, 2012

16   objections thereto, and the applicable legal standards, and concludes that it is appropriate to

17   adopt those findings and recommendations in full.[1]

18        Accordingly, IT IS HEREBY ORDERED that:

19        1.  The stay of this action as to the Town of Mammoth Lakes, which was entered by this

20   court on July 25, 2012, is lifted.

21   ////

22

23        [1] The court has reviewed de novo those portions of the proposed findings of fact to which
     objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore
24   Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As
     to any portion of the proposed findings of fact to which no objection has been made, the court
25   assumes its correctness and decides the motions on the applicable law.  See Orand v. United
     States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
26   reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir.
     1983).

2.  The portions of the findings and recommendations filed June 19, 2012 relating to the Town of Mammoth Lakes are ADOPTED.[2]

3.  The Town of Mammoth Lakes' motion to dismiss, Dckt. No. 20, is granted.

4.  Plaintiff's entire second amended complaint is dismissed without leave to amend.

5.  The Clerk of Court is directed to close this case.

Dated:   November 29, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[2] Since all other portions of the June 19, 2012 findings and recommendations were adopted on September 10, 2012, those findings and recommendations are now adopted in full.